## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 14 METAL POLISHERS et al | ) ) ) | |
| Plaintiffs, | ) ) | No. 25-cv-02404 |
| | ) ) | Judge John Robert Blakey |
| v. | ) ) | |
| THE STONE AND METAL GROUP, LLC, a foreign limited liability company, | ) ) ) | |
| Defendant. | ) ) | |

### PLAINTIFFS' MOTION FOR JUDGMENT IN A SUM CERTAIN

Plaintiffs, by and through their attorneys, PAUL M. EGAN, JAMES R. ANDERSON, GRANT R. PIECHOCINSKI and ARNOLD AND KADJAN, LLP, move this Court to enter an order of default against the Defendant and judgment in a sum certain. In support of their Motion, the 3Plaintiffs state as follows:

1. This is an action for the recovery of delinquent contributions and other charges due and owing as a result of the breach of collective bargaining agreements, Declarations of Trust, and applicable provisions of ERISA.

2. The Defendant was defaulted by order of this Court on June 3, 2025. A fringe benefit fund contribution compliance audit was issued on January 5, 2026.

3. Several attempts to resolve this cause amicably have failed.

4. According to the Affidavit of Richard Wolf, attached hereto as Exhibit 1, based upon the findings of an audit for the period from May 1, 2024 through August 31, 2025, the Defendant owes $15,941.87 as fully set forth in paragraph 5 of his Affidavit, consisting of $7,601.59 in contributions, $1,140.24 in liquidated damages, $1,803.94 for discrepancies in contributions,

$3,873.60 for unpaid liquidated damages, and $1,522.50 for audit costs.

WHEREFORE, Plaintiffs pray that this Court grant the following relief:

A. Enter final judgment in favor of Plaintiffs and against the Defendant, The Stone and Metal Group, LLC in the amount of $15,941.87.

Respectfully submitted,

s/s     James R. Anderson
By:     One of Plaintiffs' attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
BRIAN C. JAMES
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415