**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 14 METAL POLISHERS 401 (K) RETIREMENT PLAN FUND, et al. | ) ) ) ) | |
| | ) | No. 25-cv-2404 |
| Plaintiffs, | ) ) | |
| | ) | Hon. Judge John Robert Blakey |
| v. | ) ) | |
| THE STONE AND METAL GROUP LLC, A foreign limited liability company | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' REVISED MOTION FOR JUDGMENT IN A SUM CERTAIN

Plaintiffs, by and through their attorneys, PAUL M. EGAN, JAMES R. ANDERSON, GRANT R. PIECHOCINSKI, ANITA SALIU, AND ARNOLD AND KADJAN, LLP, move this Court to enter judgment in sum certain in favor of Plaintiffs and against the Defendant. In support of their Motion, the Plaintiffs state as follows:

1. This is an action for the recovery of delinquent contributions and other charges due and owing as a result of the breach of collective bargaining agreements, Declarations of Trust, and applicable provisions of ERISA.

2. The Defendant was defaulted by order of this court on June 3, 2025. A fringe benefit fund contribution compliance was issued on January 5, 2026.

3. Several attempts to resolve this cause amicably have failed.

4. According to the Affidavit of Richard Wolf, attached hereto as Exhibit A, based upon the findings of an audit for the period of May 1, 2024 through August 31, 2025, the Defendant owes the following amounts: $15,941.87 as fully set forth in paragraph five (5) Exhibit A,

consisting of $7,601.59 in contributions; $1,140.24 in liquidated damages from contributions those contributions ($7,601.59); $1,803.94 in discrepancies in contributions based on monthly reports that were underpaid; $3,873.60 in liquidated damages from untimely paid monthly reports for work months May 2024, June 2024, July 2024, August 2024, October 2024, November 2024, January 2025, May 2025, June 2025, and August 2025 (See Exhibit A1); and $1,522.50 in audit costs.

**WHEREFORE**, Plaintiffs pray that this Court grant the following relief:

A. Enter final judgment in favor of the Plaintiffs and against the Defendant, The Stone and Metal Group, LLC in the amount of $15,941.87.

Respectfully submitted,

/s/      Anita Saliu                
By:     One of Plaintiffs' attorneys

PAUL M. EGAN
JAMES R. ANDERSON
GRANT R. PIECHOCINSKI
ANITA SALIU
ARNOLD AND KADJAN LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415